UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
DEC 1 9 2012
U. S. DISTRICT COURT
E. DIST. OF MO.
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. |
| | ) 4:12CR00472RWS |
| LEON JACKSON and | ) |
| MICHAEL SMITH, | ) |
| | ) |
| Defendant. | ) |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about October 22, 2010, in the City of Saint Louis, within the Eastern District of Missouri,

**LEON JACKSON
and
MICHAEL SMITH,**

the Defendants herein, acting together, with the intent to cause death or serious bodily harm did take a motor vehicle that had been transported or shipped in interstate commerce from the person or presence of another, by force and violence or intimidation.

In violation of Title 18, United States Code, Sections 2 and 2119(a).

### COUNT TWO

The Grand Jury charges that:

On or about October 22, 2010, in the City of Saint Louis, within the Eastern District of Missouri,

**LEON JACKSON**
and
**MICHAEL SMITH,**

the Defendants herein, during and in relation to the crime of violence named in Count One, to wit: the armed car-jacking robbery, did use or carry a firearm or in furtherance of that crime of violence did possess a firearm and did so by brandishing and/or discharging a firearm.

In violation of Title 18, United States Code, Sections 2 and 924(c).

A TRUE BILL.


_____
FOREPERSON

RICHARD G. CALLAHAN
United States Attorney


_____
THOMAS J. MEHAN, #28958MO
Assistant United States Attorney