UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | No. 4:12 CR 472 RWS |
|  | ) |  |
| LEON JACKSON and MICHAEL SMITH, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

## GOVERNMENT'S ENTRY OF APPEARANCE

COMES NOW, Richard G. Callahan, United States Attorney for the Eastern District of Missouri, and Thomas J. Mehan, Assistant United States Attorney for said District, and hereby enter their appearance on behalf of the United States.

    Respectfully submitted,

    RICHARD G. CALLAHAN
    United States Attorney


    *s/Thomas J. Mehan*
    THOMAS J. MEHAN, #28958MO
    Assistant United States Attorney
    111 South 10th Street, Room 20.333
    St. Louis, Missouri 63102
    (314) 539-2200