UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:12 CR 472 RWS |
| | ) | |
| | ) | |
| MICHAEL SMITH, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

MICHAEL SMITH, having established the inability to retain private counsel, being in need of counsel, and being entitled to the appointment of counsel under the Criminal Justice Act, as amended, 18 U.S.C. § 3006A,

**IT IS HEREBY ORDERED** that the Federal Public Defender for this District is appointed to represent MICHAEL SMITH, in this matter.

                                                                /S/   David D. Noce
                                            **UNITED STATES MAGISTRATE JUDGE**

Signed on January 3, 2013.