UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
UNITED STATES MAGISTRATE JUDGE TERRY I. ADELMAN

Courtroom Minute Sheet – Criminal Case

Date **01/07/13**     Judge **TIA**     Case No. **4:12CR472 RWS**

UNITED STATES OF AMERICA v. **Michael Smith**

Court Reporter **FTR GOLD**     Deputy Clerk **DJO**

Assistant United States Attorney(s): **Tayler Fleming**

Attorney(s) for Defendant(s) **Lucille Liggett**

Interpreter _____     ☐ SEALED PROCEEDING

**Proceedings:**

- ☐ Initial Appearance
- ☒ Arraignment
- ☐ Preliminary Examination
- ☐ Motion Hearing
  - ☐ Evidentiary Hearing
  - ☐ Oral Argument/Non Evidentiary Hearing
- ☐ Detention Hearing
- ☐ Bond Review
- ☐ Bond Execution/Appearance Bond
- ☐ In Court Hrg (**WAIVER OF MOTIONS**)
- ☐ Change of Plea/Sentencing
- ☐ Rule 5(c)(3)Removal (Identity)
- ☐ Revocation
- ☐ Probation
- ☐ Supervised Release
- ☐ Competency
- ☐ Pretrial/Status Conference
- ☐ Material Witness

Parties present for _____

☐ Oral Motion for appointment of counsel (GRANTED)   ☐ Defendant is advised of rights/indicates understanding of those rights.

☐ Bail/Bond set in the amount of: $ _____   ☐ Secured Appearance Bond   ☐ Secured by 10%

☐ Secured by cash **only**   ☐ Secured by property   ☐ Unsecured bond   ☐ O/R bond

☐ Government filed motion for pretrial detention. Detention hearing scheduled for _____ @ _____

☐ Preliminary examination set for _____ @ _____

☒ Defendant arraigned   ☒ Waives reading of indictment/information   ☐ Matter taken under advisement

☒ Plea entered **Not Guilty**     Order on pretrial motions: ☒ issued   ☐ to issue

☐ Oral Motion for Suppression   ☒ Written Motion for Extension of Time to File Pretrial Motions

☐ Defendant waives _____   ☐ order to issue   ☐ oral ruling

☐ Defendant waives evidentiary hearing   ☐ By leave of court withdraws all pretrial motions

Trial date/time _____   Before _____

☒ Remanded to custody   ☐ Released on bond

Next hearing date/time **01/07/13 @ 2:00 PM**   Type of hearing **Detention**   Before **DDN**

Proceeding commenced **10:03 AM**   Proceeding concluded **10:05 AM**   Continued to _____