UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No.  4:12CR472 RWS |
| MICHAEL SMITH, et al., | ) |
| Defendants. | ) |

## REQUEST FOR ADDITIONAL TIME TO OBTAIN AND REVIEW DISCOVERY MATERIALS AND TO DETERMINE WHETHER AND/OR WHAT PRETRIAL MOTIONS NEED BE FILED

Comes now the defendant, Michael Smith, by and through undersigned counsel, and requests additional time to obtain and review discovery and to determine whether, and/or what, pretrial motions should be filed on behalf of the defendant. Counsel states that to deny defendant's request for such time would deny counsel for the defendant the reasonable time necessary for effective investigation and preparation of pretrial motions, taking into account the exercise of due diligence, and that the ends of justice are served by granting the defendant's request.

_/s/ Lucy Liggett_
Attorney for Defendant

Dated this  7th  day of January, 2013.