4:Rev. 10/31/07

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

Courtroom Minute Sheet – Criminal Case

Date __1/7/2013__ Judge __David D. Noce__ Case No. __4:12cr472RWS-TIA__

UNITED STATES OF AMERICA v. __Michael Smith__

Court Reporter _____ Deputy Clerk __Kara Scheele__

Assistant United States Attorney(s) __Thomas Mehan__

Attorney(s) for Defendant(s) __FPD - Lucy Liggett__

Interpreter _____ ☐ SEALED PROCEEDING

**Proceedings:**

☐ Initial Appearance ☒ Detention Hearing ☐ Preliminary Revocation
   ☐ Supervised Release Revocation    ☐ Bond Review    ☐ Probation
☐ Arraignment ☐ Bond Revocation ☐ Supervised Release
☐ Preliminary Examination ☐ Bond Execution/Appearance Bond ☐ Competency
☐ Motion Hearing ☐ In Court Hrg (WAIVER OF MOTIONS) ☐ Pretrial/Status Conference
   ☐ Evidentiary Hearing    ☐ Change of Plea/Sentencing
   ☐ Oral Argument/Non Evidentiary Hearing    ☐ Rule 5(c)(3)Removal (Identity) ☐ Material Witness

Parties present for hearing on __detention; bail set; bond to be executed @ 2:45pm today.__

☐ Oral Motion for appointment of counsel (GRANTED) ☐ Defendant is advised of rights/indicates understanding of those rights.

☒ Bail/Bond set in the amount of: $ __20,000__ ☐ Secured Appearance Bond ☐ Secured by 10%

   ☐ Secured by cash only ☐ Secured by property ☒ Unsecured bond ☐ O/R bond

☐ Government filed motion for pretrial detention. Detention hearing scheduled for _____ Before _____

☐ Preliminary Revocation ☐ Preliminary Examination set for _____ Before _____

☐ Defendant arraigned ☐ Waives reading of indictment/information ☐ Matter taken under advisement

☐ Plea entered _____ Order on pretrial motions: ☐ issued ☐ to issue

   ☐ Oral Motion for Suppression ☐ Written Motion for Extension of Time to File Pretrial Motions
   ☐ Oral Motion for Determination of Arguably Suppressible Evidence by Govt

☐ Defendant waives _____ ☐ order to issue ☐ oral ruling

☐ Defendant waives evidentiary hearing ☐ By leave of court withdraws all pretrial motions

Trial date/time _____ Before _____

Final Supervised Release Revocation Hearing set for _____ Before _____

☒ Remanded to custody ☐ Released on bond

Next hearing date/time _____ Type of hearing _____ Before _____

Proceeding commenced __2:06__ Proceeding concluded __2:10__ Continued to _____