UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
UNITED STATES MAGISTRATE JUDGE DAVID D. NOCE
Courtroom Minute Sheet – Criminal Case

Date **1/7/13** Judge **DDN** Case No. **4:12cr472RWS-TIA**

UNITED STATES OF AMERICA v. **Michael Smith**

Court Reporter **FTR GOLD** Deputy Clerk **Kara Scheele**

Assistant United States Attorney(s) —

Attorney(s) for Defendant(s) **Lucy Liggett**

Interpreter _____ ☐ SEALED PROCEEDING

**Proceedings:**

- ☐ Initial Appearance
- ☐ Arraignment
- ☐ Preliminary Examination
- ☐ Motion Hearing
    - ☐ Evidentiary Hearing
    - ☐ Oral Argument/Non Evidentiary Hearing
- ☐ Detention Hearing
- ☐ Bond Review
- ☒ Bond Execution/Appearance Bond
- ☐ In Court Hrg (**WAIVER OF MOTIONS**)
- ☐ Change of Plea/Sentencing
- ☐ Rule 5(c)(3)Removal (Identity)
- ☐ Preliminary Revocation
- ☐ Probation
- ☐ Supervised Release
- ☐ Competency
- ☐ Pretrial/Status Conference
- ☐ Material Witness

Parties present for hearing on _____

☐ Oral Motion for appointment of counsel (GRANTED)   ☐ Defendant is advised of rights/indicates understanding of those rights

☒ Bail/Bond set in the amount of $ **20,000**   ☐ Secured Appearance Bond   ☐ Secured by 10%

☐ Secured by cash only   ☐ Secured by property   ☒ Unsecured bond   ☐ O/R bond

☐ Government filed motion for pretrial detention. Detention hearing scheduled for _____ @ _____

☐ Preliminary examination set for _____ @ _____

☐ Defendant arraigned   ☐ Waives reading of indictment/information   ☐ Matter taken under advisement

☐ Plea entered _____   Order on pretrial motions:   ☐ issued   ☐ to issue

☐ Oral Motion for Suppression by deft   ☐ Motion for Extension of Time to File Pretrial Mtns by deft

☐ Oral Mtn for Determination of Arguably Suppressible Evidence by Govt

☐ Defendant waives _____   ☐ order to issue   ☐ oral ruling

☐ Defendant waives evidentiary hearing   ☐ By leave of court withdraws all pretrial motions

Trial date/time _____ Before _____

☐ Remanded to custody   ☒ Released on bond

Next hearing date/time _____ Type of hearing _____ Before _____

Proceeding commenced **2:47** Proceeding concluded **3:02** Continued to _____

☐ Based upon the evidence produced, the Court finds probable cause to believe the defendant violated the law set out in the criminal complaint