UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 4:12CR00472 RWS |
| v. | ) |
| | ) |
| MICHAEL SMITH, | ) |
| | ) |
| Defendant. | ) |

## ENTRY OF APPEARANCE

First Assistant Federal Public Defender Kevin C. Curran enters his appearance as appointed counsel of record for the defendant Michael Smith.

Respectfully submitted,

/s/Kevin C. Curran
KEVIN C. CURRAN   MO 29234
First Assistant Federal Public Defender
1010 Market Street - Suite 200
St. Louis, Missouri 63101

Telephone 314-241-1255
FAX: 314-421-3177
E-Mail: Kevin_Curran@fd.org

ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on 01/08/2013, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon, Assistant United States Attorney.

/s/ Kevin C. Curran
KEVIN C. CURRAN   MO 29234