UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | No.  **4:12 CR 472 RWS** |
| | ) | |
| LEON JACKSON and | ) | |
| MICHAEL SMITH, | ) | |
| | ) | |
| **Defendants.** | | |

## GOVERNMENT'S MOTION TO CONTINUE AND RESET EVIDENTIARY HEARING

COMES NOW, the United States of America, by and through Richard G. Callahan, United States Attorney for the Eastern District of Missouri, and Thomas J. Mehan, Assistant United States Attorney for said District, and requests the pre trial motion hearing be continued and reset after March 18, 2013.

Counsel for the Government will be out of the country from March 11, 2013 through March 18, 2013.

Respectfully submitted,

RICHARD G. CALLAHAN
United States Attorney


 s/*Thomas J. Mehan*
Thomas J. Mehan, #28958MO
Assistant United States Attorney


## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2013, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all users.

*/s/ Thomas J. Mehan*
THOMAS J. MEHAN