IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 4:12CR472RWS(TIA) ) |
| MICHAEL SMITH, | ) ) |
| Defendant. | ) ) |

**DEFENDANT'S MOTION TO CONTINUE MOTION HEARING**

COMES NOW defendant Michael Smith by and through counsel, Assistant Federal Public Defender Kevin C. Curran, and moves the Court to continue the pre-trial motion hearing which is currently set for March 11, 2013. The government has previously filed a motion to continue the hearing.  Defendant does not object to the government's request. In addition, counsel needs additional time to consult with defendant regarding motions and conducting necessary investigation.  A continuance  in this  matter is in the interests of justice in that it allows a reasonable time for counsel to consult with the client and be properly prepared pursuant to 18 U.S.C., Section 3161.

Respectfully submitted,

/s/Kevin C. Curran
KEVIN C. CURRAN
First Assistant Federal Public Defender
1010 Market Street, Suite 200
St. Louis, Missouri 63101
Telephone: (314) 241-1255
Fax: (314) 421-3177
E-mail: Kevin_Curran@fd.org

ATTORNEY FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 6, 2013 the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Thomas Mehan, Assistant United States Attorney.

        /s/Kevin C. Curran
        KEVIN C. CURRAN
        Assistant Federal Public Defender