UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
Courtroom Minute Sheet – Criminal Case

Date __March 22, 2013__   Judge __Terry I. Adelman__   Case No. __4: 12 CR 472 RWS/TIA__

UNITED STATES OF AMERICA v. __Michael Smith  & Leon Jackson__   (Counsel only hearing)

Court Reporter __FTR  - (15S)__   Deputy Clerk __Katie Stamm__

Assistant United States Attorney(s) __Thomas Mehan__

Attorney(s) for Defendant(s) __Kevin Curran and David Bruns__

Interpreter _____   ☐ **SEALED PROCEEDING**

## Proceedings:

☐ Initial Appearance                  ☐ Detention Hearing              ☐ Preliminary Revocation
  ☐ Supervised Release Revocation   ☐ Bond Review                       ☐ Probation
☐ Arraignment                          ☐ Bond Revocation                  ☐ Supervised Release
☐ Preliminary Examination          ☐ Bond Execution/Appearance Bond   ☐ Competency
☐ Motion Hearing                       ☐ In Court Hrg (**WAIVER OF MOTIONS**)   **X** Pretrial/Status Conference
  ☐ Evidentiary Hearing               ☐ Change of Plea/Sentencing       ☐ Material Witness
  ☐ Oral Argument/Non Evidentiary Hearing   ☐ Rule 5(c)(3)Removal (Identity)   ☐ Other _____

*The Court and Counsel discussed various dates to hold a hearing.  Court set the evidentiary hearing on Tuesday, April 9th @ 10:00 a.m..*

☐ Oral Motion for appointment of counsel (GRANTED)   ☐ Defendant is advised of rights/indicates understanding of those rights.

☐ Bail/Bond set in the amount of: $ _____          ☐ Secured Appearance Bond      ☐ Secured by 10%

   ☐ Secured by cash **only**   ☐ Secured by property   ☐ Unsecured bond   ☐ O/R bond

☐ Government filed motion for pretrial detention.  Detention hearing scheduled for _____ before

☐ Preliminary examination   ☐ Preliminary Revocation   ☐ Detention hearing set for _____ Before

☐ Defendant arraigned   ☐ Waives reading of indictment/information   ☐ Matter taken under advisement

☐ Plea entered __not guilty__  Order on pretrial motions:   ☐ issued   ☐ to issue

   ☐ Oral Motion for Suppression              ☐ Written Motion for Extension of Time to File Pretrial Motions

☐ Defendant waives _____   ☐ order to issue   ☐ oral ruling

☐ Defendant waives evidentiary hearing   ☐ By leave of court withdraws all pretrial motions   ☐ No R&R will be forthcoming

Trial date/time _____   Before _____

Final Supervised Release Revocation Hearing set for _____   Before _____

        ☐ **Remanded to CUSTODY**        ☐ **Released on BOND**

Next hearing date/time _____   Type of hearing _____   Before _____

Proceeding commenced  __10:08 a.m.__   Proceeding concluded  __10:12 a.m.__