Date **September 4, 2013**  Judge **Terry I. Adelman**  Case No. **4: 12 CR 472 RWS/TIA**

UNITED STATES OF AMERICA v. **Michael Smith** (not present)

Court Reporter **FTR - (15S)**  Deputy Clerk **Katie Stamm**

Assistant United States Attorney(s) **Tom Mehan**

Attorney(s) for Defendant(s) **Brocca Smith**

☐ Interpreter _____  ☐ **SEALED PROCEEDING** (Any Transcript prepared will be filed under seal.)

## Proceedings:

- ☐ Initial Appearance  ☐ Detention Hearing  ☐ Preliminary Revocation
  - ☐ Supervised Release Revocation  ☐ Bond Review  ☐ Probation
- ☐ Arraignment  ☐ Bond Revocation  ☐ Supervised Release
- ☐ Preliminary Examination  ☐ Bond Execution/Appearance Bond  ☐ Competency
- ☐ Motion Hearing  ☐ In Court Hrg (**WAIVER OF MOTIONS**)  **X** Pretrial/Status Conference
  - ☐ Evidentiary Hearing  ☐ Change of Plea/Sentencing  ☐ Material Witness
  - ☐ Oral Argument/Non Evidentiary Hearing  ☐ Rule 5(c)(3)Removal (Identity)  ☐ Other_____

*Parties present on status of medical report. Attorney for the defendant requested an extension of time to file the medical report. The Court granted the request. The Court reset the matters and the ddl for filing the report. Order to issue.*

☐ Oral Motion for appointment of counsel (GRANTED)  ☐ Defendant is advised of rights/indicates understanding of those rights.

☐ Bail/Bond set in the amount of: $ _____  ☐ Secured Appearance Bond  ☐ Secured by 10%
  ☐ Secured by cash **only**  ☐ Secured by property  ☐ Unsecured bond  ☐ O/R bond

☐ Government filed motion for pretrial detention. Detention hearing scheduled for _____ before

☐ Preliminary examination  ☐ Preliminary Revocation  ☐ Detention hearing set for _____ Before

☐ Defendant arraigned  ☐ Waives reading of indictment/information  ☐ Matter taken under advisement

☐ Plea entered **not guilty**  Order on pretrial motions:  ☐ issued  ☐ to issue

  ☐ Oral Motion for Suppression  ☐ Written Motion for Extension of Time to File Pretrial Motions

☐ Defendant waives _____  ☐ order to issue  ☐ oral ruling

☐ Defendant waives evidentiary hearing  By leave of court withdraws all pretrial motions  ☐ No R&R will be forthcoming

Trial date/time _____  Before _____

Final Supervised Release Revocation Hearing set for _____  Before _____

  ☐ **Remanded to CUSTODY**  **X** **Released on BOND**

Next hearing date/time _____  Type of hearing _____  Before _____

Proceeding commenced **10:17 a.m.**  Proceeding concluded **10:20 a.m.**