UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

Courtroom Minute Sheet – Criminal Case

Date __11/6/13__   Judge __Adelman__   Case No. __4:12CR00472 RWS-TIA__

UNITED STATES OF AMERICA v. __MICHAEL SMITH__

Court Reporter __FTR Gold__   Deputy Clerk __K. Shirley__

Assistant United States Attorney(s) __Thomas Mahan__

Attorney(s) for Defendant(s): __Kevin Curran__

Interpreter _____   ☐ SEALED PROCEEDING

**Proceedings:**

☐ Initial Appearance ☐ Supervised Release Rev. ☐ Detention Hearing ☐ Preliminary Revocation
☐ Arraignment ☐ Bond Review ☐ Probation
☐ Preliminary Examination ☐ Bond Execution/Appearance Bond ☐ Supervised Release
☐ Motion Hearing ☐ In Court Hrg (**WAIVER OF MOTIONS**) ☐ Competency
  ☐ Evidentiary Hearing ☐ Change of Plea/Sentencing ☑ Pretrial/Status Conference
  ☐ Oral Argument/Non Evidentiary Hearing ☐ Rule 5(c)(3)Removal (Identity) ☐ Material Witness

Additional Information: __matter continued - order to issue__

☐ Oral Motion for appointment of counsel (GRANTED)   ☐ Defendant is advised of rights/indicates understanding of those rights.

☐ Bail/Bond set in the amount of: $ _____   ☐ Secured Appearance Bond  ☐ Secured by 10%
  ☐ Secured by cash **only**   ☐ Secured by property   ☐ Unsecured bond   ☐ O/R bond

☐ Government filed motion for pretrial detention. Detention hearing scheduled for _____ before _____

☐ Preliminary examination set for _____ before _____

☐ Defendant arraigned   ☐ Waives reading of indictment/information   ☐ Matter taken under advisement

☐ Plea entered _not guilty_   Order on pretrial motions:  ☐ issued  ☐ to issue
  ☐ Oral Motion for Suppression   ☐ Written Motion for Extension of Time to File Pretrial Motions

☐ Defendant waives _____   ☐ order to issue   ☐ oral ruling

☐ Defendant waives evidentiary hearing   ☐ By leave of court withdraws all pretrial motions   ☐ No R&R will be forthcoming

Trial date/time _____ Before _____

☐ Remanded to custody   ☑ Released on bond

Next hearing date/time _____   Type of hearing _____   Before _____

Proceeding commenced __10:13 am__   Proceeding concluded __10:13 am__   Continued to _____

☐ Based upon the evidence produced, the Court finds probable cause to believe the defendant violated the law set out in the criminal complaint.
☐ Based upon the evidence produced, the Court finds probable cause to believe the defendant violated the law set out in the instant petition.

☐ Based upon the waiver, the Court finds probable cause to believe the defendant violated the law set out in the instant petition.