UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No.  4:12CR472 RWS |
| MICHAEL SMITH, et al., | ) ) ) |
| Defendants. | ) |

**ORDER**

    This matter is pending before the undersigned pursuant to 28 U.S.C. § 636(b) for pretrial matters.  After the completion of a mental health evaluation, the undersigned set a competency hearing for October 2, 2013.  At the hearing, the parties requested that the undersigned take the competency matter under submission for a period of thirty (30) days so that the Defendant could meet with the Pretrial Services Office to make arrangements for participation in a mental health program.  The undersigned granted the request, and set a hearing for November 6, 2013 to check the status of Defendant's progress.  At the hearing, the parties requested a two-week continuance in order to have an opportunity to be fully briefed by Pretrial Services on Defendant's progress in the mental health program.  The undersigned granted the request on the record, and reset a hearing for two weeks.

    Further, based on the above, the undersigned believes that the ends of justice served by allowing additional time for the Defendant to participate in a mental health program outweigh the best interest of the public and the Defendant in a speedy trial, and therefore, the additional time granted in this matter should be excluded from computation of the Defendant's right to a speedy trial pursuant to 18 U.S.C. § 3161(h)(1)(A).

Accordingly,

**IT IS HEREBY ORDERED** that the oral request of the parties to continue the hearing for two weeks be **GRANTED**.

**IT IS FURTHER ORDERED** that a status hearing be set on **Wednesday, November 20, 2013** at **1 p.m.** in Courtroom 15-South.

      /s/ Terry I. Adelman
UNITED STATES MAGISTRATE JUDGE

Dated this   14th   day of November, 2013.