UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:12 CR 472 RWS |
| ) | |
| MICHAEL SMITH, ) | |
| ) | |
| Defendant. ) | |

## MOTION TO DISMISS INDICTMENT

COMES NOW the United States of America, by and through the United States Attorney for the Eastern District of Missouri, Richard G. Callahan, and Thomas J. Mehan, Assistant United States Attorney for said district, and files its motion pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure to dismiss the Indictment filed on December 19, 2012.

Respectfully submitted,

RICHARD G. CALLAHAN
United States Attorney

  /s/ Thomas J. Mehan
Thomas J. Mehan, #28958MO
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2013, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all users.

s/Thomas J. Mehan
Thomas J. Mehan, #28958MO
Assistant United States Attorney